**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720

Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103

Attorneys for: Defendants, G4K ENTERPRISES, INC. dba LAUNDROMAT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>v.<br><br>G4K ENTERPRISES, INC. dba LAUNDROMAT; CLOVIS & KINGS, L.P.<br><br>    Defendant(s). | Case No. 1:18-CV-01144-DAD-EPG<br><br>**JOINT STIPULATION FOR ORDER TO CONTINUE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>(ECF No. 5) |

    1.    On or about August 24, 2018, Plaintiff, JOSE ACOSTA ("Plaintiff") served his Complaint on Defendant, G4K ENTERPRISES, INC. dba LAUNDROMAT ("Defendant") making the response to the Complaint due on or before September 14, 2018.

    2.    In order to allow the Parties to negotiate settlement, Plaintiff's counsel agrees to permit Defendant to serve and file its response to the Complaint on or before October 12, 2018.

    3.    Good cause exists for the extension of time to respond to the Complaint, in order to negotiate a settlement of the case, thereby avoiding further litigation and the necessity of proceeding to trial.

    **THEREFORE, IT IS HEREBY STIPULATED**, by and between, Plaintiff JOSE ACOSTA, and Defendant, G4K ENTERPRISES, INC. dba LAUNDROMAT by and through their respective counsels of record, that Defendant may have up to and including October 12, 2018 to serve and file it's respective response to the Complaint.

DATED: September 17, 2018                    **WANGER JONES HELSLEY PC**

                                             By: /s/ Michael S. Helsley
                                                 Michael S. Helsley, Esq.,
                                                 Attorneys for Defendant,
                                                 G4K ENTERPRISES, INC. dba
                                                 LAUNDROMAT


DATED: September 17, 2018                    **MISSION LAW FIRM, A.P.C.**


                                             By: /s/ Zachary M. Best
                                                 Zachary M. Best, Esq.
                                                 Attorneys for Plaintiff
                                                 JOSE ACOSTA


## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that Defendant has up to and including **October 12, 2018,** to serve and file their response to the Complaint.

IT IS SO ORDERED.

Dated: **September 19, 2018**                /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE