# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:18-cv-01144-DAD-EPG |
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| G4K ENTERPRISES, INC., DBA LAUNDROMAT; CLOVIS & KINGS, L.P.; | (ECF No. 11) |
| Defendants. | |

On November 14, 2018, Plaintiff Jose Acosta filed a notice of voluntary dismissal of entire action with prejudice (ECF No. 11). Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **November 15, 2018**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

1